1              UNITED STATES DISTRICT COURT

2                    DISTRICT OF NEVADA

3    ARTHUR LEE GARRISON,                    Case No. 3:19-cv-00188-MMD-CLB

4                           Plaintiff                    ORDER

5         v.

6    WOOD et al.,

7                          Defendants

8

9         Plaintiff files a motion to extend timelines for another 90 days.  (ECF No. 11).  The

10   Court grants the motion in part and extends the stay until Friday, July 3, 2020.  The status

11   report is also due on that date.  During this stay period and until the Court lifts the stay,

12   no other pleadings or papers may be filed in this case, and the parties may not engage in

13   any discovery, nor are the parties required to respond to any paper filed in violation of the

14   stay unless specifically ordered by the Court to do so.

15        For the foregoing reasons, it is ordered that the motion to extend deadlines (ECF

16   No. 11) is granted in part.

17        It is further ordered that the stay is extended until Friday, July 3, 2020.

18        It is further ordered that the Office of the Attorney General will file the report form

19   regarding the results of the stay on Friday, July 3, 2020.

20

21        DATED:  May 13, 2020.

22

23                                        _____
                                          UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28