AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: DRands@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR LEE GARRISON,<br><br>            Plaintiff,<br><br>vs.<br><br>WOOD, *et al.*,<br><br>            Defendants. | Case No. 3:19-cv-00188-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Arthur Lee Garrison, appearing *pro se*, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///

1

///

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 25 day of August, 2020.  DATED this 3rd day of August, 2020.

By: _____  
ARTHUR LEE GARRISON  
*Plaintiff, Pro Se*

AARON D. FORD  
Attorney General

By: _____  
DOUGLAS R. RANDS  
*Senior* Deputy Attorney General  
*Attorneys for Defendants*

IT IS SO ORDERED.

_____  
U.S. DISTRICT JUDGE  
DATED: September 8, 2020

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 3rd day of September, 2020, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DIMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

Arthur Lee Garrison #56629
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

*/s/ Perla M. Hernandez*
An employee of the
Office of the Attorney General

3